CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
OCT 18 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT E. MILLER, ) | Civil Action No. 7:12-cv-00382 | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | ORDER | |
| ) | | |
| P. MINES, et al., ) | By: | Hon. Jackson L. Kiser |
|     Defendants. ) | | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(g); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 18th day of October, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge